NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRELL T. CRAWFORD,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3037

---

Petition for review of the Merit Systems Protection Board in case no. NY4324090336-X-1.

---

**ON MOTION**

---

**ORDER**

Darrell T. Crawford moves for reinstatement of his petition for review.

On March 7, 2012, Crawford's petition was dismissed for failure to file an opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the court's March 7, 2012 dismissal order will be vacated, the mandate will be recalled, and the petition will be reinstated if Crawford files his opening brief within 30 days from the date of this order.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven L. Herrick, Esq.
     Hillary A. Stern, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK